STATE OF NEW JERSEY v. TYRONE PAYNE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROCKY H. AKRIDGE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN MELENDEZ CRUZ.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY A. LYTLE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER DE LOUISE.

June 27, 1986.

Petition for certification denied.